UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20060-CV-WILLIAMS

EMILIO PINERO,

    Plaintiff,

v.

COBRE CORPORATION,

    Defendant.

_____/

<u>**ORDER**</u>

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 24) ("***Report***") on Plaintiff's Motion for Default Final Judgment Against Defendant Cobre Corporation ("***Defendant***") and Application for Attorney's Fees, Costs, and Expert Fees (DE 13) ("***Motion***").  In the Report, Judge Reid recommends that the Motion be granted in part.  (DE 24 at 1.)  Specifically, Judge Reid recommends that (i) Plaintiff is entitled to injunctive relief (*id.* at 6) and the Court enter Default Final Judgment against Defendant (*id.* at 15); and (ii) Plaintiff's request for attorneys' fees and costs be granted in part and Plaintiff be awarded $3,735.00 in attorneys' fees and $472.05 in costs (*id.* at 15).  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Reid's Report (DE 24) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiffs' Motion for Default Final Judgment Against Defendant Cobre Corporation (DE 13) is **GRANTED** and a permanent injunction is entered

      against Defendant.

3.       Plaintiff's request for attorneys' fees and costs (DE 13) is **GRANTED IN PART** and Plaintiff is awarded $3,735.00 in attorney's fees and $472.05 in costs.

4.       The Court will separately issue a default final judgment.

5.       This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of January, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE